**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** <br><br> **CENTREVILLE GOM TANG E, INC.** <br><br> *Debtor* | **Case No.  13-14254-RGM** <br> **Chapter 11** |

**REPORT OF SALE**

Pursuant to the Order Approving Sale of Assets, Debtor sold its personal property, inventory, name and good will to Forever 1469, Inc., assignee of Jung Ae Kang, and assigned to the buyer all of its rights and interests (if any) in the lease for its business premises located at 13840- E Braddock Road, Centreville. At settlement, the buyer paid $50,000 in cash and executed a promissory note for $180,000. The $50,000 cash payment was tendered to the landlord, Grand Centreville, LLC is satisfaction of amounts due under the lease. Prosperity Construction Group which held a judgment lien against the personal property, agreed to settle its lien claim for $13,000. The principal of the Debtor has paid $10,000 of this amount from his own funds, and the balance, $3,000 will be paid by him on or before April 30, 2014.

*/s/ Ann E. Schmitt*
Ann E. Schmitt (VSB # 22030)
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, VA 20175
Counsel for Debtor
(703) 737-6377
Aschmitt@culbert-schmitt.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all parties set forth below, this 16th day of April, 2014 by U.S. Mail.

Grand Centreville, LLC
c/o Lizabeth Walther
105 North Main Street
Suite 241F
Culpeper, VA 22701

Internal Revenue Service
Robert Coulter
2100 Jamieson Avenue
Alexandria, VA 22314

Meritus Payment Solutions
1901 E Alton Ave.
Suite 220
Santa Ana, CA 92705

Office of the U.S. Trustee
115 South Union Street
Alexandria, VA 22314

Prosperity Construction Group
c/o Mark Busman
P.O. Box 7514
Fairfax Station, VA 22039-7514

Virginia Dept. of Taxation
PO Box 2156
Richmond, VA 23218

Washington Gas
PO Box 37747
Philadelphia, PA 19101-5047

Young Ok Kang
5107 Travis Edward Way
Unit J
Centreville, VA 20120

/s/ Ann E. Schmitt